DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

GEORGE MILLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2384
_____

June 5, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Cydnee Brown of Law Office of Cydnee Brown, Tallahassee, for Appellant.

PER CURIAM.

　　Affirmed.

SILBERMAN, VILLANTI, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.